UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE CLAY SMITH                                                        PETITIONER
ADC #77558

VS.                          5:19-CV-00002-JM-JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections                                       RESPONDENT

## ORDER

Pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, Respondent is directed to file, within fourteen (14) days of this Order, the transcript from Petitioner's state court criminal trial.

IT IS SO ORDERED this 17th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE