UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE CLAY SMITH                                      PETITIONER

V.               NO. 5:19-CV-0002-JM-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                       RESPONDENT

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. All claims asserted in the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 2*, are DISMISSED, WITH PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 17th day of October, 2019.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE