**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

WILLIE CLAY SMITH                                                    PETITIONER

V.                              NO. 5:19-CV-0002-JM-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that

this habeas action is DISMISSED, with prejudice.

DATED this 17th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE